ROBERT AUERBACH, Appellant, *v.* CHARLES CURIE, Respondent.

*Auerbach* v. *Curie*, 133 App. Div. 945, appeal dismissed.
(Submitted February 7, 1910; decided February 15, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1909, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for services alleged to have been rendered.

The motion was made upon the grounds that the action was one for services, the judgment of affirmance unanimous and permission to appeal had not been obtained.

*W. Wickham Smith* and *Charles Curie, Jr.,* for motion.

*J. Stewart Ross* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.